IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>CHRISTINE ANN JAMES,<br><br>    Defendant.<br>_____/ | No. CR 09-00203-03 CW<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION RE GUILTY PLEA |

    The Court has reviewed Magistrate Judge Timothy J. Bommer's Report and Recommendation on Felony Guilty Plea Before the United States Magistrate Judge and adopts the Recommendation in every respect.  Accordingly,

    Defendant Christine Ann James' plea of guilty is accepted by the Court as to Count One of the Information charging Defendant Christine Ann James with Using a Communications Facility to Facilitate Narcotics Trafficking in violation of 21 U.S.C. § 843(b).  Sentencing is set for **January 13, 2010, at 2:00 p.m.**  The Defendant is referred to the U.S. Probation Office for preparation of a Presentence Report.

Dated: 12/1/09

                                    CLAUDIA WILKEN
                                    United States District Judge

cc:  MJ/Ivy; USPO